1128

No. 03–7534. WELSAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7535. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7536. WALKER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 03–7539. CHILDS v. WILEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–7540. BECHTEL v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–7541. MARTIN v. CHATMAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–7543. UPSHAW ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7544. TALBOTT v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7545. JAW-SHI WANG v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7547. LAMAS-GALAVIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7548. PENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7549. BENTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7550. SIMPSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7552. DILLEHAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7553. CARTER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.